IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RANDOLPH BAGGETT,
    Plaintiff,

vs.                                                      Case No. 3:10cv347/LAC/EMT

COLONEL SCHWARTZ, et al.,
    Defendants.
_____/

## **O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated September 16, 2010 (Doc. 15). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     Plaintiff's motion to dismiss (Doc. 14) is **GRANTED** and this case is **DISMISSED without prejudice**.

**DONE AND ORDERED** this 18th day of October, 2010.

                                                             s/*L.A. Collier*
                                                             **LACEY A. COLLIER**
                                                             **SENIOR UNITED STATES DISTRICT JUDGE**